Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _William C. Bace_
Debtor

ADV _05-42446 (RDD_
Case No. _07-01732 (RDD_

Chapter _7_

[Caption as in Form 16A, 16B, or 16D, as appropriate]

## NOTICE OF APPEAL

_William C. Bace_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _15_ day of _May_, _2008_.
                                                                                                                            (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

_Roy Babitt, Chapter 7 Trustee_
_c/o Arent Fox LLP, Adrienne W Blankley Esq_
_1675 Broadway NYC NY 10019   212_

Dated: _May 29, 2008_

Signed: _Bill Bace   pro se_
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _William C. Bace, pro se_

Address: _31 East 30th Street #A_
_New York NY 10016_

Telephone No: _917-388-2278_
_NYCB30@gmail.com_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

_If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required._

[Stamp: JUN 9 2008]