UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In the Matter of                                    CHAPTER 13
WILLIAM CHARLES BACE

                Debtor                 Case No.: 05-42446 (RDD)

------------------------------------------------------------x

Roy Babitt, Chapter 7 Trustee
                Plaintiff

v.

William Charles Bace, et. al

                Defendants                 Adv. Proc. 07-1732 (RDD)

------------------------------------------------------------x

### Appellant's Designation of Items To Be Included in the Record on Appeal and Statement of Issues Presented

      Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedures, William C. Bace, appellant herein, pro se, designates the following items to be included in the record on appeal with respect to the ~~Notice of Appeal~~ ORDER entered on May 14, 2009 with respect to the denial of Debtor's Motion to Dismiss:

    1. The Debtor/Appellant respectfully requests the entire docket and documents filed in this matter in case number Adv. Proc. 07-1732 (RDD) with the Bankruptcy Court to be included in the Record on Appeal in this matter to the United States District Court.

1

## Statement of Issues on Appeal

1. Did the trial court err in denying Debtor/Appellant's Motion to Dismiss?

Dated: New York City, NY
June 20, 2008

_____
William Charles Bace, Debtor/Appellant

## Certificate of Mailing

I hereby certify that on June 19, 2008 a copy of the foregoing Designation of Record and Statement of Issues on Appeal was mailed by first class mail, postage prepaid to Adrienne W. Blankley, Esq., Arent Fox LLP, 1675 Broadway, New York NY 10019 and Lewis Siegel, Esq., 355 Lexington Ave, Suite 1400, New York NY 10017

_____
William Charles Bace, Debtor/Appellant